UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-CV-11897-GAO

WILLIAM RAGLAND,
Petitioner,

v.

PETER ST. AMAND,
Respondent.

OPINION AND ORDER
June 10, 2010

O'TOOLE, D.J.

In response to the Court's April 22, 2010 Opinion and Order finding the petitioner's third claim unexhausted, the petitioner has confirmed that he wishes to voluntarily dismiss the third claim, and that claim is dismissed. Consequently, the respondent's Motion to Dismiss for Failure to Exhaust State Court Remedies (dkt. no. 10) is DENIED.

The petitioner shall file his brief on the merits of the two remaining claims by July 30, 2010; the respondent shall file his brief on the merits by September 17, 2010.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge